# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 27, 2010

No. 10-60134
Summary Calendar

Lyle W. Cayce
Clerk

VERA M. WALKER

Plaintiff - Appellant

v.

EAST CENTRAL PLANNING & DEVELOPMENT DISTRICT, INC.

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Mississippi

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Federal courts are limited in their authority to consider the merits of controversies or order relief from unfair conduct unless given the jurisdiction to do so by law. That law comes from Congress and prior court decisions. The district court has explained accurately by the order of January 11, 2010, why the Plaintiff has failed to present to the court sufficient admissible evidence to allow it to proceed with the claim that there has been a violation of federal statutes or

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. No. 10-60134
Summary Calendar

state tort law.  Plaintiff in her brief to this court points to nothing in the record to affect the district court's judgment.  Consequently, the judgment must be affirmed.

AFFIRMED.